## Claude CLARK v. STATE.
### No. 13836.

Court of Criminal Appeals of Texas.
Dec. 17, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment and sentence appear to be regular.

The judgment will be affirmed.

## W. C. FRANCIS v. STATE.
### No. 13983.

Court of Criminal Appeals of Texas.
Dec. 3, 1930.

G. W. Boyd and Glen L. Bruner, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Burglary is the offense; penalty, two years' confinement in the penitentiary.

The indictment is regular and regularly presented. There is no statement of facts; nor is there presented for review, by bills of exceptions or otherwise, any complaints of the rulings of the trial court.

The judgment is affirmed.

HAWKINS, J., absent.

## B. C. HARDIN v. STATE.
### No. 14089.

Court of Criminal Appeals of Texas.
Dec. 17, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Child desertion is the offense; penalty, confinement in the penitentiary for a period of one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Jim HARRIS v. STATE.
### No. 14088.

Court of Criminal Appeals of Texas.
Dec. 3, 1930.

Geo. W. Neill, of Brownfield, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft; punishment, two years in the penitentiary.

We find in this record an affidavit duly executed by the appellant asking permission to withdraw his notice of appeal. The request is granted.

The appeal is dismissed.

HAWKINS, J., absent.